```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELENA STRUJAN,

                              **Plaintiff,**                  20-MC-00125 (GBD)(SN)

        -against-                                        **ORDER**

NEW YORK CITY HALL-A FICTION, et al.,

                              **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The Clerk of Court is directed to open this action as a new civil case and to address it as such. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:    September 21, 2020
                New York, New York